IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01631-PAB-KLM

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

BMW OF NORTH AMERICA, LLC, and
BAYERISCHE MOTOREN WERKE AG, a Foreign Corporation,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Proposed Disputed Protective Order** [#27][1] (the "Motion"). In the Motion, the parties state that they "have stipulated to all provisions except the dispute noted in paragraph 9." *Motion* [#27] at 1. The Court has reviewed the disputed provision and added interlineations to the proposed Protective Order [#27-1] as indicated to resolve the dispute.

IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#27-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 23, 2014

---

[1] "[#27]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.